# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| Sandra Julissa Santos Mejia, Izabetty Isaac Donatien, Abigail Argueta Gutierrez, Maribel Lopez Velazquez, Mariela Mesa Laverde, Rosa Estela Temu Gonzalez § § § § § | CIVIL NO: EP:20-CV-00108-FM |

vs.

Jose A. Renteria, Corey Price, Matthew T. Albence, Chad Wolf

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in District Courtroom, Room 422, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Tuesday, April 28, 2020 at 02:30 PM**.  All parties and counsel must appear at this hearing.

    IT IS SO ORDERED this 27th day of April, 2020.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE