UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS EL
PASO DIVISION

| | | |
|---|---|---|
| SANDRA JULISSA SANTOS MEJIA, IZABETTY ISAAC DONATIEN, ABIGAIL ARGUETA GUTIERREZ, MARIBEL LOPEZ VELAZQUEZ, MARIELA MESA LAVERDE, and ROSA ESTELA TEMU GONZALEZ, | § | |
| Petitioners-Plaintiffs, | § | |
| v. | § | EP-20-CV-00108-FM |
| JOSE A. RENTERIA, Officer in Charge, El Paso Processing Center; COREY PRICE, Field Office Director, El Paso Field Office, U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; and CHAD WOLF, Acting Secretary, U.S. Department of Homeland Security, | § | |
| Respondents-Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is Petitioners, Sandra Julissa Santos Mejia, Izabetty Isaac Donatien, Abigail Argueta Gutierrez, Maribel Lopez Velazquez, Mariela Mesa La Verde and Rosa Estela Temu Gonzalez, and Respondents (hereinafter referred to as "the Parties") "Joint Stipulation of Dismissal ("Joint Stipulation"). Therein, the Parties stipulate that Petitioners' claims against Respondents are dismissed with Prejudice, and all parties shall pay their own costs and fees.

The Parties request that the Court retain jurisdiction for the purposes of enforcing the Stipulation for Compromise Agreement between and among the parties.

After due consideration and in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS**:

All claims presented by Plaintiffs' Complaint are **dismissed with prejudice**.

All pending motions, if any, are **denied as moot** and the clerk shall **CLOSE** this case.

The Court shall retain supplemental and/or ancillary jurisdiction for the purposes of enforcing the settlement agreement between and among the parties, as this settlement agreement will affect the disposition of the underlying suit and enforcement of this settlement agreement will enable the Court to function effectively, manage its proceedings, vindicate its authority, and effectuate its decrees.

SIGNED and ENTERED this 29th day of April, 2020.

*[signature]*
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**